## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2017, a copy of the Motion for Class Certification was filed electronically. Notice of this filing will be sent by FedEx to all parties at the addressed below. Parties may also access this filing through the court's CM/ECF system.

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office for the Eastern District of New York
Attn: Civil Process Clerk
271 Cadman Plaza East
Brooklyn NY 11201

Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

Secretary of DHS John Kelly
US Department of Homeland Security
Washington, D.C. 20528

Acting CBP Commissioner Kevin K. McAleenan
US Department of Homeland Security
Washington, D.C. 20528

James T. Madden,
Field Director
New York Field Office,
US CBP
1 World Trade Center
Suite 50.800
New York, NY 10007-0101

President Donald Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

                                                    s/ Michael Wishinte
                                                    Michael Wishine, Supervising Attorney
                                                    Jerome N. Frank Legal Services Organization
                                                    Yale Law School
                                                    New Haven, CT 06511
                                                    Phone: (203) 436-8971
                                                    Fax: (203) 432-1426