UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI, <br><br> on behalf of themselves and others similarly situated, <br><br> *Petitioners*, <br><br> v. <br><br> DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; JAMES T. MADDEN, New York Field Director, CBP, <br><br> *Respondents*. | **Emergency Motion for Stay of Removal** <br><br> Case No. 1:17-cv-00480 <br><br> Date: January 28, 2017 |

### PETITIONERS' EMERGENCY MOTION FOR STAY OF REMOVAL

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Rule 7.1, Petitioners Hameed Khalid Darweesh, Haider Sameer Abdulkhaleq Alshawi, and class members file this ***emergency motion*** respectfully requesting that the Court immediately stay their removal from the United States during the pendency of their habeas petition. In early January 2017, Petitioners were both granted valid entry documents from the federal government to enter the United States. However, on the evening of January 27, 2017, U.S. Customs and Border Protection ("CBP") blocked both Petitioners from exiting John F. Kennedy International Airport ("JFK Airport") and detained Petitioners therein solely pursuant to an executive order issued on January 27, 2017 by

1

President Donald J. Trump. Petitioners filed a habeas petition and motion for class certification in the early morning on January 28, 2017, arguing that their continued detention violates their Fifth Amendment procedural and substantive due process rights, is ultra vires under the immigration statutes, and violates the Administrative Procedure Act. Petitioner Darweesh was released from CBP custody subsequent to the filing of the habeas petition in this case, but, on information and belief, CBP continues to hold Petitioner Alshawi and other members of the proposed class, including dozens and dozens other individuals currently detained at JFK Airport. Further, Respondents' continued detention of members of the proposed class is part of a widespread policy, pattern, and practice applied to many refugees, arriving aliens and other individuals from Iraq, Syria, Iran, Sudan, Libya, Somalia, and Yemen legally authorized to enter the United States, but who have been or will be detained at ports of entry and denied entry to the United States on the basis of the January 27 Executive Order.

      Therefore, on behalf of themselves and all others similarly situated putative class members, Petitioners respectfully move this Court to immediately grant a class-wide stay of removal during the pendency of this habeas petition for the reasons stated in the attached Memorandum of Law.

DATED: January 28, 2017
New Haven, Connecticut

                                                          Respectfully submitted,

                                                          /s/ Michael J. Wishnie
                                                          Michael J. Wishnie (MW 1952)
                                                          Muneer I. Ahmad[†]
                                                         Elora Mukherjee (EM 4011)

2

David Chen, Law Student Intern*
Jordan Laris Cohen, Law Student Intern*
Susanna Evarts, Law Student Intern*
Aaron Korthuis, Law Student Intern*
Jordan Laris Cohen, Law Student Intern*
Zachary-John Manfredi, Law Student Intern*
My Khanh Ngo, Law Student Intern*
Megha Ram, Law Student Intern*
Victoria Roeck, Law Student Intern*
Thomas Scott-Railton, Law Student Intern*
Emily Villano, Law Student Intern*
Elizabeth Willis, Law Student Intern*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@yale.edu

Omar C. Jadwat**
Lee Gelernt (LG-8511)
Cecillia D. Wang (CW-8359)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
ojadwat@aclu.org
lgelernt@aclu.org
cwang@aclu.org

Mark Doss
Rebecca Heller
Julie Kornfeld
Stephen Poellot
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
URBAN JUSTICE CENTER
40 Rector St, 9th Floor
New York, NY 10006
Tel. (646)-602-5600
mdoss@refugeerights.org
bheller@refugeerights.org
jkornfeld@refugeerights.org
spoellot@refugeerights.org

Jennifer Chang Newell†
Cody H. Wofsy†
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 343-0770
jnewell@aclu.org
cwofsy@aclu.org

3

Karen C. Tumlin†  
Nicholas Espíritu†  
Melissa S. Keaney†  
Esther Sung†  
NATIONAL IMMIGRATION  
LAW CENTER  
3435 Wilshire Boulevard, Suite 1600  
Los Angeles, CA 90010  
Phone: (213) 639-3900  
tumlin@nilc.org  
espiritu@nilc.org  
keaney@nilc.org  
sung@nilc.org  

Justin B. Cox†  
NATIONAL IMMIGRATION  
LAW CENTER  
1989 College Ave. NE  
Atlanta, GA 30317  
Phone: (678) 404-9119  
cox@nilc.org  

**Jonathan Polonsky**  
**Kilpatrick Townsend & Stockton LLP**  
1114 Avenue of the Americas  
New York, NY  10036-7703  
Tel. (212) 775 8703  
jpolonsky@kilpatricktownsend.com

\*\*Application for admission forthcoming.
\* Motion for law student appearance forthcoming.
† Motion for admission *pro hac vice* forthcoming.
†† For identification purposes only. This motion has been prepared by a clinic operated by Yale Law School, but does not purport to present the school's institutional views, if any.

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Michael Wishnie, hereby certify that on January 28, 2017 the foregoing motion for a stay of removal and accompanying documents were filed through the CM/ECF system and will be sent by FedEx to the parties at the addresses below.

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office for the Eastern District of New York
Attn: Civil Process Clerk
271 Cadman Plaza East
Brooklyn NY 11201

Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

Secretary of DHS John Kelly
US Department of Homeland Security
Washington, D.C. 20528

Acting CBP Commissioner Kevin K. McAleenan
US Department of Homeland Security
Washington, D.C. 20528

James T. Madden,
Field Director
New York Field Office,
US CBP
1 World Trade Center
Suite 50.800
New York, NY 10007-0101

President Donald Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

                                               s/ Michael Wishinte
                                               Michael Wishine, Supervising Attorney
                                               Jerome N. Frank Legal Services Organization
                                               Yale Law School
                                               New Haven, CT 06511
                                               Phone: (203) 436-8971
                                               Fax: (203) 432-1426