AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Darweesh et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00480 |
| Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hameed Khalid Darweesh and Haider Sameer Abdulkhaleq Alshawi   .

Date:  01/28/2017

/s/ Lee Gelernt
*Attorney's signature*

Lee Gelernt NY 8511
*Printed name and bar number*

125 Broad Street, 18th Fl., New York, NY 10004
*Address*

lgelernt@aclu.org
*E-mail address*

212-547-2616
*Telephone number*

212-549-2654
*FAX number*