Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: +1.212.859.8285
Fax: +1.212.859.4000
Email: jennifer.colyer@friedfrank.com

January 30, 2017

<u>Via ECF</u>

Honorable Ann M. Donnelly
United States District Judge
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Carol Bagley Amon
United States District Judge
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Darweesh, et al. v. Trump, et al., 17 Civ. 480 (CBA)
            Requested withdrawal of motion as moot

Dear Judges Donnelly and Amon:

    I represent petitioner class member Maryam Mikaniki on whose behalf I filed an emergency motion in the above-referenced proceeding yesterday (Docket Nos. 12-14). In response to Judge Donnelly's minute order directing an update as to the status of Ms. Mikaniki's arrival, I am pleased to report that she has successfully re-entered the U.S. as a lawful permanent resident. Ms. Mikaniki was held in secondary inspection by Customs and Border Protection for approximately three-and-a-half hours, and questioned. My co-counsel at JFK representing her had her motion papers and the above minute order to use in advocating for her prompt release. We appreciate the Court's rapid response to her motion.

    Given that Ms. Mikaniki is not being held, I wish to withdraw the emergency motion as moot. Should the Court require a more formal filing to that effect, I will gladly file a formal withdrawal.

                                                        Respectfully submitted,

                                                        Jennifer L. Colyer

JLC:ljc
cc:    All Counsel (via ECF)
13048391