UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
HAMEED KHALID DARWEESH, et al., :
:
               Petitioners, :
: Civil Action No.
  v. : CV-17-480
:
DONALD TRUMP, President of the United States, : (Amon, J.)
et al., :
:
               Respondents. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUPPLEMENTAL AUTHORITY

      Respondents hereby give notice of legal authority relevant to this litigation: a letter issued on Friday, January 27, 2017, by Edward J. Ramotowski, the Deputy Assistant Secretary for Visa Services at the Department of State. Enclosed is a copy of the letter, which provisionally revokes all visas of nationals of Iraq, Iran, Libya, Somalia, Sudan, Syria, and Yemen, subject to certain exceptions, under the authority of 8 U.S.C. §§ 1182(f), 1201(i), and 22 C.F.R. §§ 41.122, 42.82.

      The Department of State may make changes to the provisional revocation in the future. Respondents will promptly notify the Court if the Department of State makes any such revisions, and will provide a copy of any such document.

Dated: January 31, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM C. PEACHEY
　　　　　　　　　　　　　　　　　　　　　　　Director, District Court Section
　　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation

　　　　　　　　　　　　　　　　　　　　　　　GISELA A. WESTWATER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Director, District Court Section
　　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation

　　　　　　　　　　　　　　　　　　　　　　　By: *s/ Steven A. Platt*
　　　　　　　　　　　　　　　　　　　　　　　STEVEN A. PLATT
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, District Court Section
　　　　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 532-4074
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 305-7000
　　　　　　　　　　　　　　　　　　　　　　　steven.a.platt@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Respondents*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

             *s/ Steven A. Platt*
             STEVEN A. PLATT
             Trial Attorney
             U.S. Department of Justice
             Civil Division
             Office of Immigration Litigation
             District Court Section

             *Counsel for Respondents*