UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
HAMEED KHALID DARWEESH and
HAIDER SAMEER ABDULKHALEQ
ALSHAWI
              Plaintiffs,

v.

DONALD TRUMP, President of the
United States; et al.,
              Defendants
-------------------------------------------------X

CASE NO. 1:17-cv-00480

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of National Immigration Law Center and a member in good standing of the Bard(s) of the State(s) of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs — HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 1.31.2017

_____
Signature of Movant
Firm Name National Immigration Law Center
Address 3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
Email tumlin@nilc.org
Phone 213-639-3900