UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
HAMEED KHALID DARWEESH and
HAIDER SAMEER ABDULKHALEQ
ALSHAWI
              Plaintiffs,

v.

DONALD TRUMP, President of the United
States, et al.,
              Defendants.
----------------------------------------------------X

AFFIDAVIT OF  Karen C. Tumlin
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

State of New York
County of Kings

    Karen C. Tumlin, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of National Immigration Law Center.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI.

Dated: 1.31.2017

NOTARIZED

_____
Signature of Movant
Firm Name National Immigration Law Center
Address 3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
Email tumlin@nilc.org
Phone 213-639-3900

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31 day of Jan, 2017,

By Karen C. Tumlin

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

JUDY A. LAYLAND
COMM. # 2053810
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JAN. 26, 2018