UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

HAMEED KHALID DARWEESH and
HAIDER SAMEER ABDULKHALEQ
ALSHAWI

        Plaintiffs,

v.

DONALD TRUMP, President of the
United States; et al.,

--------------------------Defendants.--------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB - 1 2017 ★

BROOKLYN OFFICE

CASE NO. 1:17-cv-00480

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

    _____

    _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a member of the firm of

National Immigration Law Center and a member in good standing of the Bard(s) of the State(s)

of California , as attorney pro hac vice to argue or try this case

in whole or in part as counsel for Plaintiff - HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there

are any disciplinary proceedings, describe them.)

                    Respectfully submitted,

Dated: 1/31/17

Signature of Movant
Firm Name National Immigration Law Center
Address 3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
Email espiritu@nilc.org
Phone 213-639-3900

*Application granted*
*So Ordered*
2/1/17

s/Carol Bagley Amon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X
HAMEED KHALID DARWEESH and
HAIDER SAMEER ABDULKHALEQ
ALSHAWI
             Plaintiffs,

v.

DONALD TRUMP, President of the United
States, et al.,

             Defendants.
-----------------------------------------------X

**AFFIDAVIT OF** Nicholas Espiritu
**IN SUPPORT OF MOTION TO
ADMIT COUNSEL** *PRO HAC VICE*

State of New York
County of Kings

  Nicholas Espiritu          , being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of National Immigration Law Center    .

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of California    .

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have **not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I have **not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI.

Dated: 1/31/17

NOTARIZED

Signature of Movant

Firm Name National Immigration Law Center

Address 3435 Wilshire Blvd., Suite 1600

Los Angeles, CA 90010

Email espiritu@nilc.org

Phone 213-639-3900

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31 day of Jan , 2017,

By Nicholas Espiritu

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Judy A. Kay

JUDY A. LAYLAND
COMM. # 2053810
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 26, 2018



## THE STATE BAR
## OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 31, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICHOLAS DAVID ESPIRITU, #237665 was admitted to the practice of law in this state by the Supreme Court of California on August 22, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records