UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB - 1 2017 ★

BROOKLYN OFFICE

-----------------------------------------------------------X

Darweesh, et al.
v.
Trump, et al.

Jennifer C. Newell

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:17-cv-00480

-----------------------------------------------------------X

TO: Opposing Counsel
Steven Platt
steven.a.platt@usdoj.gov

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of ACLU - Immigrants' Rights Project and a member in good standing of the Bard(s) of the State(s) of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Hameed Khalid Darweesh and Haider Sameer Abdulkhaleq Alshawi. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 1.31.2017

Signature of Movant
Firm Name ACLU - Immigrants' Rights Project
Address 39 Drumm Street
San Francisco, CA 94111
Email jnewell@aclu.org
Phone 415-343-0774

Application granted
So ordered.

2/1/17

s/Carol Bagley Amon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Darweesh, et al.
v.
Trump, et al.

AFFIDAVIT OF __Jennifer C. Newell__
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
__1:17-cv-00480__

-----------------------------------------------------------X

State of New York
County of Kings

__Jennifer C. Newell__, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __American Civil Liberties Union Immigrants' Rights Project__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __California__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] have or (have not) been convicted of a felony. [If you circled "have," please describe facts and circumstances.] _____

_____
_____
_____

6. I [circle one] have or (have not) been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.] _____

_____
_____
_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant  Hameed Khalid Darweesh and Haider Sameer Abdulkhaleq Alshawi

Dated: 1.31.2017

NOTARIZED

Signature of Movant
Firm Name  ACLU - IRP
Address  39 Drumm Street
San Francisco, CA 94111
Email  jnewell@aclu.org
Phone  415-343-0774

State of California   County of SAN FRANCISCO  )ss.
On JAN. 31st 2017  before me  JOHN S. LUK
Notary Public, personally appeared JENNIFER C. NEWELL
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.   WITNESS my hand and official seal.

JOHN S. LUK
Commission # 2038249
Notary Public - California
San Francisco County
My Comm. Expires Sep 19, 2017

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

2



**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 30, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER C. CHANG, #233033 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2004; that at her request, on August 1, 2008, her name was changed to JENNIFER C. NEWELL on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records