UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
HAMEED KHALID DARWEESH, et al., :
:
             Petitioners, :
: Civil Action No.
  v. : CV-17-480
:
DONALD TRUMP, President of the United States, : (Amon, J.)
et al., :
:
             Respondents. :
:
------------------------------------- x

## NOTICE OF SUPPLEMENTAL AUTHORITY

      Respondents hereby give notice of legal authority relevant to this litigation: a memorandum issued on Wednesday, February 1, 2017 by Donald F. McGahn II, Counsel to the President. Enclosed is a copy of the memorandum, which clarifies, among other things, that Section 3(c) of the President's January 27, 2017, Executive Order, Protecting the Nation From Foreign Terrorist Entry Into the United States, which suspends for 90 days the entry into the United States of certain aliens from countries referred to in section 217(a)(12) of the Immigration and Nationality Act (INA), 8 U.S.C. 1187(a)(12), does not apply to lawful permanent residents of the United States.

Dated: February 1, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

GISELA A. WESTWATER
Assistant Director, District Court Section
Office of Immigration Litigation

By:  *s/ Samuel P. Go*
SAMUEL P. GO
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-9923
Fax: (202) 305-7000
samuel.go@usdoj.gov

*Counsel for Respondents*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

       _s/ Samuel P. Go_
      SAMUEL P. GO
      Senior Litigation Counsel
      U.S. Department of Justice
      Civil Division
      Office of Immigration Litigation
      District Court Section

      *Counsel for Respondents*