

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

February 2, 2017

**VIA ECF & HAND DELIVERY**

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Darweesh et. al v. Trump et. al,* 17-cv-00480 (CBA)

Dear Judge Amon:

      Pursuant to this Court's Rule 3(D), the Office of the New York State Attorney General (the "NYAG"), encloses two courtesy copies of the following: (1) Notice of Motion to Intervene; and (2) Memorandum of Law in Support of the NYAG's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, with attached Exhibits A (Proposed Complaint in Intervention) and B (Proposed Order).

      Petitioners in this action have consented to the NYAG's intervention. Respondents have stated they do not consent but also do not oppose the motion, which accordingly is fully briefed.

      Respectfully submitted,

      /s/ Lourdes M. Rosado

      Lourdes M. Rosado
      Civil Rights Bureau Chief
      New York State Office of the Attorney General

cc: Counsel for all parties and DOJ (by ECF and/or email)

Encl.