

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

February 2, 2017

**VIA ECF & HAND DELIVERY**

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Darweesh et. al v. Trump et. al,* 17-cv-00480 (CBA)

Dear Judge Amon:

      The New York State Office of the Attorney General is filing a corrected version of the Memorandum of Law in Support of the New York Attorney General's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 39) and annexed Exhibits A and B (ECF Nos. 39.1 & 39.2). The corrected version, which contains only clerical edits and no substantive changes, is intended to supersede the documents docketed as ECF Nos. 39, 39.1, and 39.2 in their entirety.

      Two courtesy copies of the corrected ECF-filed documents will be hand-delivered to the Court and served on the parties to this action.

                                Respectfully submitted,

                                /s/ Lourdes M. Rosado

                                Lourdes M. Rosado
                                Civil Rights Bureau Chief
                                New York State Office of the Attorney General

cc: Counsel for all parties (by ECF and/or email)

Encls.