UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWAI, on behalf of themselves and others similarly situated,<br><br>          Petitioners,<br><br>     - against -<br><br>DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; JAMES T. MADDEN, New York Field Director, CBP,<br><br>          Respondents. | 17 Civ. 480 (AMD)<br><br>**[PROPOSED] ORDER** |

  **ANN DONNELLY**, District Judge.

  **WHEREAS** MARYAM MIKANIKI is a member of the petitioning class; and

  **WHEREAS** Ms. Mikaniki will land at John F. Kennedy International Airport ("JFK Airport") at approximately 6:35 pm on January 29, 2017; and

  **WHEREAS** on January 28, 2017, this Court issued a stay of the January 27, 2017 executive order, which, among other things, enjoined removal of immigrants from ███ who have valid immigrant visas;

  **IT IS HEREBY ORDERED** that Ms. Mikaniki, being a member of the class of petitioners in this proceeding, pursuant to the orders entered in *Hameed Khalid Darweesh and Haider Sameer Abdulkhaleq Alsshawi v. Donald Trump, et. al*, No. 17 Civ. 480 (AMD) (E.D.N.Y.) (January 29, 2017) and *Mazdak Pourabdollah Tootkaboni and Arghavan*

*Louhghalam, v. Donald Trump*, CV No. 17-cv-10154 (January 29, 2017) (D. Mass), may not be detained or removed pursuant to the January 27 executive order.

**SO ORDERED.**

                                                  Ann M. Donnelly
                                                  United States District Judge

Dated: Brooklyn, New York
       January __, 2017