UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI, <br><br> on behalf of themselves and others similarly situated, <br><br> *Petitioners*, <br><br> v. <br><br> DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; JAMES T. MADDEN, New York Field Director, CBP, <br><br> *Respondents*. | Case No. 1:17-cv-00480 <br><br> Date: February 3, 2017 |

### NOTICE OF WITHDRAWAL OF REQUEST FOR LEAVE TO FILE REDACTED PETITION

During the Status Conference on February 2, 2017, Petitioners requested leave to file a substituted, redacted version of their habeas petition with the Court. The Court granted leave and directed Petitioners to file the redacted pleading by February 3. Petitioners respectfully withdraw their request and do not object to their petition being made publicly available, in its original form.

Respectfully submitted,

/s/ Michael J. Wishnie
Michael J. Wishnie (MW 1952)
Muneer I. Ahmad[†]

1

Elora Mukherjee (EM 4011)

David Chen, Law Student Intern*
Jordan Laris Cohen, Law Student Intern*
Susanna Evarts, Law Student Intern*
Aaron Korthuis, Law Student Intern*
Jordan Laris Cohen, Law Student Intern*
Katherine Haas, Law Student Intern*
Zachary-John Manfredi, Law Student Intern*
My Khanh Ngo, Law Student Intern*
Megha Ram, Law Student Intern*
Victoria Roeck, Law Student Intern*
Thomas Scott-Railton, Law Student Intern*
Emily Villano, Law Student Intern*
Elizabeth Willis, Law Student Intern*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@yale.edu

Omar C. Jadwat**
Lee Gelernt (LG-8511)
Cecillia D. Wang (CW-8359)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
ojadwat@aclu.org
lgelernt@aclu.org
cwang@aclu.org

Mark Doss
Rebecca Heller
Julie Kornfeld
Stephen Poellot
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
URBAN JUSTICE CENTER
40 Rector St, 9th Floor
New York, NY 10006
Tel. (646)-602-5600

Jennifer Chang Newell†
Cody H. Wofsy†
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 343-0770
jnewell@aclu.org
cwofsy@aclu.org

mdoss@refugeerights.org
bheller@refugeerights.org
jkornfeld@refugeerights.org
spoellot@refugeerights.org


Karen C. Tumlin[†]
Nicholas Espíritu[†]
Melissa S. Keaney[†]
Esther Sung[†]
NATIONAL IMMIGRATION
LAW CENTER
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Phone: (213) 639-3900
tumlin@nilc.org
espiritu@nilc.org
keaney@nilc.org
sung@nilc.org

Justin B. Cox[†]
NATIONAL IMMIGRATION
LAW CENTER
1989 College Ave. NE
Atlanta, GA 30317
Phone: (678) 404-9119
cox@nilc.org

Jonathan Polonsky
Kilpatrick Townsend & Stockton LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Tel. (212) 775 8703
jpolonsky@kilpatricktownsend.com

\*\*Application for admission forthcoming.
\* Motion for law student appearance forthcoming.
† Motion for admission *pro hac vice* forthcoming.
†† For identification purposes only. This motion has been prepared by a clinic operated by Yale Law School, but does not purport to present the school's institutional views, if any.


*Counsel for Petitioners*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 3, 2017, a copy of the Notice of Withdrawal of Request for Leave to File Redacted Petition was filed electronically. Notice of this filing will be sent by FedEx to all parties at the addresses below as soon as practicable. Parties may also access this filing through the court's CM/ECF system.

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office for the Eastern District of New York
Attn: Civil Process Clerk
271 Cadman Plaza East
Brooklyn NY 11201

Office of the General Counsel
US Department of Homeland Security
Washington, D.C. 20528

Secretary of DHS John Kelly
US Department of Homeland Security
Washington, D.C. 20528

Acting CBP Commissioner Kevin K. McAleenan
US Department of Homeland Security
Washington, D.C. 20528

James T. Madden, Field Director
New York Field Office,
US CBP
1 World Trade Center
Suite 50.800
New York, NY 10007-0101

President Donald Trump
1600 Pennsylvania Ave NW
Washington, DC 20500

                                           s/ Michael Wishnie
                                           Michael Wishnie, Supervising Attorney
                                           Jerome N. Frank Legal Services Organization
                                           Yale Law School
                                           New Haven, CT 06511
                                           Phone: (203) 436-8971
                                           Fax: (203) 432-1426