

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

February 5, 2017

**VIA E-MAIL**

Michael J. Wishnie, Esq.
Elora Mukherjee, Esq.
Jerome N. Frank Legal Services Org., Inc.
Yale Law School
127 Wall Street
New Haven, CT 06511

Cecillia Derphine Wang, Esq.
Lee Gelernt, Esq.
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY  10004

Cody Wofsy, Esq.
Jennifer C. Newell, Esq.
ACLU Foundation
39 Drumm Street
San Francisco, CA 94110

Jonathan E. Polonsky, Esq.
Kilpatrick Townsend & Stockton LLP
31 W 52nd Street, 14th Floor
New York, NY 10019

Karen C. Tumlin, Esq.
Melissa S. Keaney, Esq.
Nicholas Espiritu, Esq.
National Immigration Law Center
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

Jennifer L. Colyer, Esq.
Fried Frank Harris Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Re: *Darweesh et. al v. Trump et. al,* 17-cv-00480 (CBA)

Counsel:

      On Thursday, February 2, 2017, the Office of the New York State Attorney General filed a corrected version of Memorandum of Law in Support of the New York Attorney General's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 41) and annexed Exhibits A and B (ECF Nos. 41.1 & 41.2). The corrected version, which contains only clerical edits and no substantive changes, is intended to supersede the documents docketed as ECF Nos. 39, 39.1, and 39.2 in their entirety.

Pursuant to the Individual Rules of Judge Carol Bagley Amon, please find enclosed the following documents in connection with that filing:

(1) Correspondence from NYAG to the Court Regarding Corrected Copies of Memorandum of Law, dated February 2, 2017 (ECF No. 41);

(2) Corrected Memorandum of Law in Support of the NYAG's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, with attached Exhibits A (Proposed Complaint in Intervention) and B (Proposed Order) (ECF Nos.42, 42-1, 42-2); and

(3) Correspondence from NYAG to the Court enclosing courtesy copies of the documents referenced above, dated February 3, 2017.

Very truly yours,

_____/s/_____

Anjana Samant
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General

Encls.

cc:  Counsel for Defendants (via email and overnight delivery)
Steven Platt, Esq.
Samuel P. Go, Esq.
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – District Court
P.O. Box 868, Ben Franklin Station
Washington, DC 20044