## CERTIFICATE OF SERVICE

    I, Sania Waheed Khan, hereby certify that the Corrected Memorandum of Law in Support of the New York Attorney General's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and accompanying exhibits were filed electronically with the Court via ECF on February 2, 2017 and thereafter were sent to the parties as indicated below.

<u>For Defendants</u> (via e-mail and overnight delivery)
Steven Platt, Esq.
Samuel P. Go, Esq.
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – District Court
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

<u>For Plaintiffs</u>  (via e-mail only)

| | |
|---|---|
| Michael J. Wishnie, Esq. | Jonathan E. Polonsky, Esq. |
| Elora Mukherjee, Esq. | Kilpatrick Townsend & Stockton LLP |
| Jerome N. Frank Legal Services Org., Inc. | 31 W 52nd Street, 14th Floor |
| Yale Law School | New York, NY 10019 |
| 127 Wall Street | |
| New Haven, CT 06511 | Karen C. Tumlin, Esq. |
| | Melissa S. Keaney, Esq. |
| Cecillia Derphine Wang, Esq. | Nicholas Espiritu, Esq. |
| Lee Gelernt, Esq. | National Immigration Law Center |
| ACLU Foundation | 3435 Wilshire Boulevard, Suite 1600 |
| 125 Broad Street, 18th Floor | Los Angeles, CA 90010 |
| New York, NY  10004 | |

Cody Wofsy, Esq.
Jennifer C. Newell, Esq.
ACLU Foundation
39 Drumm Street
San Francisco, CA 94110

| | |
|---|---|
| <u>For Interested Party</u>  (via e-mail only) | By: _____/S_____ |
| Jennifer L. Colyer, Esq. | Sania W. Khan |
| Fried Frank Harris Shriver & Jacobson, LLP | Assistant Attorney General |
| One New York Plaza | Civil Rights Bureau |
| New York, NY | 120 Broadway, 23rd Floor |
| | New York, New York 10271 |
| | (212) 416 - 8534 |