STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU
LOURDES M. ROSADO, BUREAU CHIEF

February 6, 2017

**VIA E-MAIL & OVERNIGHT DELIVERY**
Steven Platt, Esq.
Samuel P. Go, Esq.
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – District Court
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Re: *Darweesh et. al v. Trump et. al,* 17-cv-00480 (CBA)

Counsel:

On Thursday, February 2, 2017, after obtaining permission from the Court, the Office of the New York State Attorney General ("NYAG") filed a corrected version of Memorandum of Law in Support of the NYAG's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (ECF No. 41) and annexed Exhibits A and B (ECF Nos. 41.1 & 41.2). The corrected version, which contains only clerical edits and no substantive changes, is intended to supersede the documents docketed as ECF Nos. 39, 39.1, and 39.2 in their entirety.

Pursuant to the Individual Rules of Judge Carol Bagley Amon, please find enclosed the following documents in connection with that filing:

(1) Correspondence from NYAG to the Court Regarding Corrected Copies of Memorandum of Law, dated February 2, 2017 (ECF No. 41);

(2) Corrected Memorandum of Law in Support of the NYAG's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, with attached Exhibits A (Proposed Complaint in Intervention) and B (Proposed Order) (ECF Nos.42, 42-1, 42-2); and

(3) Correspondence from NYAG to the Court enclosing courtesy copies of the documents referenced above, dated February 3, 2017.

Very truly yours,

/s/

Anjana Samant
Assistant Attorney General
Civil Rights Bureau
New York State Office of the Attorney General

Encls.

cc: *Counsel for Plaintiffs* (via email only)
Michael J. Wishnie, Esq.
Elora Mukherjee, Esq.
Cecillia Derphine Wang, Esq.
Lee Gelernt, Esq.
Cody Wofsy, Esq.
Jennifer C. Newell, Esq.
Jonathan E. Polonsky, Esq.
Karen C. Tumlin, Esq.
Melissa S. Keaney, Esq.
Nicholas Espiritu, Esq.

*Counsel for Interested Party* (via email only)
Jennifer L. Colyer, Esq.