UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
HAMEED KHALID DARWEESH, et al.,                :
:
                Petitioners,        :
:   Civil Action No.
   v.                                            :   CV-17-480
:
DONALD TRUMP, President of the United States,  :   (Amon, J.)
et al.,                                        :
:
                Respondents.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUPPLEMENTAL AUTHORITY

      Respondents hereby give notice of legal authority relevant to this litigation: a letter issued on Friday, February 3, 2017, by Edward J. Ramotowski, the Deputy Assistant Secretary for Visa Services at the Department of State. Enclosed is a copy of the letter, which reverses the provisional revocation of all visas provisionally revoked by his previous letter (ECF No. 20).

      The Department of State may make changes to the provisional revocation in the future. Respondents will promptly notify the Court if the Department of State makes any such revisions, and will provide a copy of any such document.

Dated: February 6, 2017                                Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

GISELA A. WESTWATER
Assistant Director, District Court Section
Office of Immigration Litigation

By: *s/ Steven A. Platt*
STEVEN A. PLATT
Trial Attorney, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4074
Fax: (202) 305-7000
steven.a.platt@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

          *s/ Steven A. Platt*
          STEVEN A. PLATT
          Trial Attorney
          U.S. Department of Justice
          Civil Division
          Office of Immigration Litigation
          District Court Section

          *Counsel for Respondents*