**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

HAMEED KHALID DARWEESH, et al.,

on behalf of themselves and others similarly situated,

*Petitioners*,

v.

DONALD TRUMP, President of the United States, et al.,

*Respondents*.

Case No. 1:17-cv-00480

Date: February 7, 2017

**PETITIONERS' NOTICE OF MOTION AND MOTION TO ENFORCE COURT ORDER**

NOTICE IS HEREBY GIVEN that on February 7, 2017, Petitioners will and hereby do move this Honorable Court to enforce its January 28, 2017 order pursuant to Rule 7 of the Federal Rules of Civil Procedure. Petitioners, on behalf of themselves and other similarly situated, move this Court to order Respondents to provide Petitioners' counsel with a list of all individuals detained pursuant to the January 27, 2017 Executive Order, including those previously released or removed. ECF No. 8.2. Petitioners also move this Court to order Respondents to return individuals removed after the motion for class certification was filed in this case.

This motion is based on the accompanying Memorandum of Law, the attached Declarations and Exhibits, and any other evidence that may be presented to the Court before or at the hearing on this motion.

For the reasons stated in the contemporaneously filed Memorandum of Law in Support of the Motion to Enforce Court Order, this Court should grant the motion.

DATED: February 7, 2017
New Haven, Connecticut

Respectfully submitted,

/s/ Michael J. Wishnie
Michael J. Wishnie (MW 1952)
Muneer I. Ahmad**
Elora Mukherjee (EM 4011)
Marisol Orihuela†
JEROME N. FRANK LEGAL SERVICES ORGANIZATION*
YALE LAW SCHOOL‡
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Fax: (203) 432-1426
michael.wishnie@yale.edu

Omar C. Jadwat**
Lee Gelernt (LG-8511)
Cecillia D. Wang (CW-8359)
Andre I. Segura†
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
ojadwat@aclu.org
lgelernt@aclu.org
cwang@aclu.org
asegura@aclu.org

Jennifer Chang Newell††
Cody H. Wofsy††
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel. (415) 343-0770
jnewell@aclu.org
cwofsy@aclu.org

Mark Doss
Rebecca Heller
Julie Kornfeld
Stephen Poellot
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
URBAN JUSTICE CENTER
40 Rector St, 9th Floor
New York, NY 10006
Tel. (646)-602-5600
mdoss@refugeerights.org
bheller@refugeerights.org
jkornfeld@refugeerights.org
spoellot@refugeerights.org

Jonathan Polonsky
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Tel. (212) 775 8703
jpolonsky@kilpatricktownsend.com

Karen C. Tumlin††
Nicholas Espíritu††
Melissa S. Keaney†
Esther Sung†
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Phone: (213) 639-3900
tumlin@nilc.org
espiritu@nilc.org
keaney@nilc.org
sung@nilc.org

Justin B. Cox†
NATIONAL IMMIGRATION LAW CENTER
1989 College Ave. NE
Atlanta, GA 30317
Phone: (678) 404-9119
cox@nilc.org

** Application for admission forthcoming.

* Law students working on behalf of the Legal Services Organization include Tiffany Bailey, Willem Bloom, Adam Bradlow, Catherine Chen, David Chen, Jordan Laris Cohen, Charles Du, Susanna Evarts, Katherine Haas, Amit Jain, My Khanh Ngo, Aaron Korthuis, Andrea Levien, Carolyn Lipp, Zachary Manfredi, Melissa Marichal, Adan Martinez, Joseph Meyers, Natalia Nazarewicz, Megha Ram, Victoria Roeck, Joseph (Yusuf) Saei, Thomas Scott-Railton, Yun Tang, Rachel Wilf, and Elizabeth Willis. Motions for law student appearance forthcoming.

† Motion for admission *pro hac vice* forthcoming.

†† Appearing *pro hac vice*.

‡ For identification purposes only. This motion has been prepared by a clinic operated by Yale Law School, but does not purport to present the school's institutional views, if any.

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I, Michael Wishnie, hereby certify that on February 7, 2017 the foregoing motion, the accompanying memorandum of law, and the accompanying declarations and exhibits were filed and served through the CM/ECF system. Parties may access the filings through the Court's CM/ECF System.

/s/ Michael Wishnie
Michael Wishine, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
New Haven, CT 06511
Phone: (203) 436-8971
Fax: (203) 432-1426