UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

HAMEED KHALID DARWEESH, et al.,

on behalf of themselves and others similarly situated,

      *Petitioners*,

      v.

DONALD TRUMP, President of the United States, et al.,

      *Respondents*.

Case No. 1:17-cv-00480

Date: _____, 2017

### [PROPOSED] ORDER TO ENFORCE COURT ORDER BY COMPELLING (1) DISCLOSURE OF LIST OF INDIVIDUALS DETAINED; AND (2) RETURN OF INDIVIDUALS REMOVED

This matter having been brought before the Court by Plaintiffs Hameed Khalid Darweesh, Haider Sameer Abdulkhaleq Alshawi, on behalf of members of the proposed class, pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Rule 7.1; and the Court having considered this matter, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2017

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Rule 7.1, Defendants shall:

(1) Immediately produce a list of the names of all individuals ever detained, including those processed, in the United States pursuant to the January 27, 2017 Executive Order, and provide daily updated lists to counsel about these detainees;

(2) Immediately produce the names of individuals removed pursuant to the Executive

      Order since the filing of the motion for class certification in this case, the countries to which they were removed, the flights on which they were removed, and the times at which they were removed, and provide daily updated lists to counsel about these individuals; and,

(3) Return to the United States all individuals who were removed at any time after the filing of that motion because of the Executive Order.

DATED this _____ day of _____, 2017.

                                                       _____
                                                      Honorable Carol Bagley Amon
                                                      United States District Court Judge