# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

February 7, 2017

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:*     *Darweesh et al. v. Trump et al.*, No. 1:17-cv-00480 (CBA)

Dear Judge Amon:

      Petitioners are filing a corrected version of the Petitioners' Motion to Enforce the Court's January 28, 2017 Order. The original filing was mistakenly styled as a Notice on ECF. The corrected filing is properly styled as a "Motion to Compel" and includes an updated version of the Declaration of Nabila Alhaffar. The new filings are intended to supersede the documents docketed as 52 to 52.12.

      Two courtesy copies of the corrected ECF-filed documents will be delivered to the Court and served on Respondents via ECF.

      /s/ Michael J. Wishnie
      Michael J. Wishnie (MW 1952)
      JEROME N. FRANK LEGAL SERVICES
      ORGANIZATION
      YALE LAW SCHOOL
      P.O. Box 209090
      New Haven, CT 06520-9090
      Phone: (203) 432-4800
      Fax: (203) 432-1426
      michael.wishnie@yale.edu