UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



HAMEED KHALID DARWEESH, et al

                       Civil Action No. 1:17-cv-000480 (CBA)

    Petitioners, ,

V.

DONALD J. TRUMP - President of the
  United States, et a
      Respondents



## JANICE WOLK GRENADIER MOTION TO INTERVENE IN SUPPORT OF PRESIDENT DONALD J. TRUMP et al

  Comes Now Janice Wolk Grenadier respectfully moves to intervene in support of the Executive Order by the President of the United States of America Under Rule 24 of the Federal Rules of Civil Procedure.

That this case filed in the State of New York mirroring other cases across the United States with Janice Wolk Grenadier for the below reason is Intervening due to the following should be considered: In the case in New York City Janice Wolk Grenadier reported these Virginia Crimes. In the cases in Virginia that it has been and is expressed by the press that an active investigation into the "Dirty Dealings" of Governor Terry McAuliffe in his taking a donation of $120,000. And then lying to the State of Virginia citizens stating "He had never met the man"

**Further Articles state:** Virginia Gov. Terry McAuliffe who is reportedly at the center of a Justice Department investigation for campaign finance violations he received from a Clinton Foundation donor, received more than $13 million from 120 other donors who also gave to the Clinton charity. CNN reported that the FBI and prosecutors with the Justice Department's public integrity unit have been investigating McAuliffe for more than a year.

**POLITICS**

### FLASHBACK: 120 Clinton Foundation Donors Gave $13.4 Million To Terry McAuliffe's Campaigns

 CHUCK ROSS
Reporter
                                                                                                           7:13 PM 05/23/2016

*According to the network:*

*As part of the probe, the officials said, investigators have scrutinized McAuliffe's time as a board member of the Clinton Global Initiative, a vehicle of the charitable foundation set up by former President Bill Clinton.*

*The probe reportedly centers on $120,000 Chinese businessman Wang Wengliang gave to McAuliffe's campaigns. The former Democratic National Committee chairman ran unsuccessfully for governor in 2009. He won in 2013.*

*Read more:*

*http://dailycaller.com/2016/05/23/flashback-120-clinton-foundation-donors-gave-13-4-million-to-terry-mcauliffes-campaigns/#ixzz4XUFO8A4P*

**Further:** Several other top officials, Attorney General Mark Herring, Senators Tim Kaine and Mark Warner, Congressman Don Beyer, the Virginia Legislature and their staff et al Virginia politicians who have publicly put their name on documents in support against the President Donald J. Trump have not acted towards citizen Janice Wolk Grenadier and many others in the State of Virginia with the honest integrity of being concerned of their Civil Rights interest, and of fairness in the courtroom (more can be found on this at www.VALaw2010.blogspot.com and www.ProSeAmerica.blogspot.com or in the Local and Federal Courts:

| Date | Court | Case No. | Description |
|---|---|---|---|
| October 5, 1999 | City of Alexandria | CH99-1253 | Divorce Janice Wolk Grenadier David Grenadier Divorce Granted with no Property Settlement agreement |
| April 20, 2001 | City of Alexandria | CH01 - 0654 | The Money owed for the Bellefonte Partnership |
| 10-11-2011 | City of Alexandria | M011001482 | Grand Jury |
| 10-20-2011 | USDC of Virginia | 1:11-cv-01136 GBL - JFA | |
| 01-31-2014 | USDC of District of Columbia | 1:14-cv-00162 | LLM Loretta Lax Miller |
| 07-29-2013 | USDC of District of Columbia | 1;13-cv-01152 UNA | Spring Street |
| 07-02-2014 | USDC of Virginia | 1:14-cv-00827 LMB-TCB | Spring Street – Stayed as of September 29, 2016 in the 4th Circuit under an En Banc accepted |
| 04-30-2014 | City of Alexandria | CL 1400 - 2193 | Lis Pendens |
| 03-13-014 | Prince William County | CL 1400 – 2185 & 1400 – 2185-01 | Lis Pendens |
| 09-15-2015 | City of Alexandria | CL1500 - 3661 | Illegally brought suit for Legal fees that were gotten through FRAUD ON THE COURT |
| 11-12-2015 | USDC of Virginia | 1:15-cv- 01497 GBL - IDD | Rico & Racketeering Stayed as of September 29, 2016 the 4th Circuit under an En Banc accepted |

It will show just the opposite, the videos, the documents show a group of self policing professionals and Judiciary who have gone to great lengths to deny Janice Wolk Grenadier

and others in violation of Federal and Constitutional rights under Title 42 U.S Code §1981 & 1983, Title 18 U.S. Code § 241 & 242 and under the Bill of Rights the Four Basic Freedoms are being Violated (which were granted US citizens when we did not sign onto the Human Rights agreement used throughout the World):

1. **_Freedom of speech_**   2. **_Freedom of worship_**   3. **_Freedom from want_**
4. **_Freedom from fear_**

**Further:** To include the illegal imprisonment of Janice Wolk Grenadier from October 22, 2014 through November 12, 2014. Where the City of Alexandria, the State of Virginia used warfare torture to further harass and intimidate with the appearance of the hope of her committing suicide or killing her. That the obvious intentions in the Cover up of the Criminal Acts of Senator Mark Warner and Divorce Lawyer Ilona Ely Freedman Grenadier Heckman are the reasons for the imprisonment. *That the actions have turned back time. Giving Janice less rights then a slave. Taking someone under Title 42 US Code 1994 and Title 18 US Code 1581(a): Whoever holds or returns any person to a condition of PEONAGE, shall be fined under this title for imprisoned not more than 20 years or both. That on October 22, 2014 Janice was placed in jail for failure to pay legal fees in 30 days which is a violation of my Thirteenth Amendment "Neither Slavery nor involuntary servitude, except as punishment for a crime where of the party shall have duly convicted, shall exist within the United States, or any subject to their Jurisdiction". Furthermore the right by placing me "under" a state Peonage / Involuntary Servitude violating the Fourth Amendment right by malicious prosecution, false imprisonment and unconstitutional arrest. This violation of Janice's Eighth Amendment Right as to Excessive Bail which in this case constitutes "Restitution Bail" which further shows the knowledgeable malicious intent to silence me till the election was over on November 4th. 2014. Bias, Retaliation and Retribution to further line the Lawyers pockets by Judge James Clark who it was learned on or around May of 2016 Judge Clark was the Trustee for all the loans for Burke and Herbert Bank on Real Estate that Divorce Lawyer Ilona has stolen from Janice.*

Testimony to the Virginia Legislature on December 2, 2017 show the knowledge of the Courts of Justice the corruption: These are links to Youtube where you can hear some of the Testimony given on December 2, 2016 Judicial Reviews by the Courts of Justice These are not all the

links - I can supply you with more. Janice spoke twice in the morning prior to going to over to the Supreme Court to find an "ORDER" issued denying an Emergency Motion to "Stay" all of Judge Clarks orders. Justice Lemons Retaliation and Retribution was swift.

JIRC https://www.youtube.com/watch?

https://youtu.be/vmtaDPQ_w2A Judge Johnston Prince William County

https://www.youtube.com/watch?v=vmtaDPQ_w2A Judge Parker for Sally Minetree -

https://www.youtube.com/watch?v=GvSeBt-3WxU Judge Appeals Court VA

https://www.youtube.com/watch?v=eY5NHLLOFb0 Greg Harrington as you will see in this link - the retaliation and disingenuous statements by Judge Parker. Judge Parker abused his power and it was clear. Giving the Judge's the last word is a practise to protect the lawyers on the panel to win in his court room.

https://www.youtube.com/watch?v=NapE1NFROYk&t=13s This is the Link for June 22 2016 hearing in the City of Alexandria - Where you hear Judge James Clark state that he is on the side of the Defendants further state that he never made a cent off of his being a Trustee for every loan Burke & Herbert did and he was Trustee for each one. It was a shame hearing by a Judge who will go to any length to Cover Up the criminal spree of Divorce Lawyer Ilona Grenadier Heckman. https://youtu.be/Lo5U4FrvdwI

That on MLK day Governor Terry McAuliffe once again acknowledging the issue, but refusing to be taped: https://youtu.be/wEEbTrlnXRU

Further this email:

From: LeahLax1234@aol.com <LeahLax1234@aol.com>   Tue, Dec 24, 2013 at 2:05 PM
To: jwgrenadier@gmail.com

**want to hear something more scarier I contacted Ilona Ely Freedman Grenadier Heckman your witch hunt is over**

From: LeahLax1234@aol.com   Tue, Dec 24, 2013
To: jwgrenadier@gmail.com

you know what **YOU DIDN'T HELP JEWS YOU ARE THE KIND THAT WOULD TURN THEM IN** BECAUSE ONE PERSON DID SOMETHING TO YOU THAT WAS JEWISH. YOU MADE YOUR BED AND YOU LIED IN IT. THIS FAMILY REJECTED YOU FOR NOT BEING JEWISH. YOU STUPID GOY. **YOU WERE REJECTED**.. GET THAT INTO YOUR THICK SKULL. NOW YOU ARE MAKING UP STORIES AND SPREADING LIES! **BLAMING ALL JEWS LIKE HITLER FOR NOT LIVING ON EASY STREET.** WELL GET OFF YOUR ASS. GOOD YOU LOST ALL YOUR MONEY MAKES YOU HUMBLE. AND GOOD YOU GOT A WHIPPING FROM A JEWISH LAWYER WHO WAS SMARTER THEN YOURS. GOOD FOR HER. I WOULD HIRE HER IN A HEART BEAT. **SHE WENT AFTER A JEW HATING NAZI** AND SHE WON AND I HOPE **SHE GAVE HER GRANDSON A GOOD TALKING TO FOR MARRYING A GOY** IN THE FIRST PLACE AND HE SHOULD HAVE KEPT HIS ZIPPER UP AND NOT HAVE HAD SEX WITH A MENTALLY SICK PIECE OF CRAP LIKE YOU **YOU ARE THE NAZI WORSE A MUSLIN LOVING NAZI!** YOU HATE YOURSELF THAT IS WHY YOU HATE JEWS YOU ARE BLOCKED!

**Shows Ilona and her "GANG's" HATE of Catholics and Janice.**

**Further just 1 page of many Ilona and her gangs blog done on Janice (jwgrenadierisaliar.blogspot.com)** A page out of Divorce Lawyers Ilona's gang this is an exact copy of the blog:

Now here is something really funny and intersting about Janice Wolk Grenadier. Well actually a few funny things. Today she was seen naked in her back yard building an ice alter to her Dark Lord Satan. She was doing this in the freezing rain. The scary part was she had icicles hanging from her oversized nipples and from her pubic hair. She then took a large icicle and began to masterbate with it until it melted.

A neighbor had seen Janice Wolk Grenadier walking out of a sex shop Friday night with a large bag filled with sex toys and two very large women who looked like Amazons. They were seen driving to a gay bar in which Janice and the two women frequent and have pajama parties afterwards. She left Saturday morning with her hair disarray and a smile on her face. A dog collar could be seen around her neck and welts on her arms and legs. We don't think she is the dominant one in this relationship. Family services should have taken her kids away from her years ago. She neglected them for her sexual pleasures and alcohol addiction.

Janice Wolk Grenadier adores her Fuher Adolf Hitler who was also bi-sexual. Janice Wolk Grenadier has been seen wearing a painted on mustache just like her idol and walking around wearing a Swasticka



on her rare selfie of Janice Wolk Grenadier

This classless woman should be put away in a padded cell so she can't hurt anyone else. Someone please call the authorities to have her institutionalized for her safety and for the safety of others. Remember she carries a gun!

**Sunday, January 5, 2014**
**Janice Wolk Grenadier supports the Anti Christs Obama and Hillary Clinton**

Not only is Janice Wolk Grenadier a traitor to the American people by being a card carrying Commie Pinko but she is also supporting the Anti Christs Obama and Hillary Clinton. Yes we said it here, Anti Christs meaning plural. Why is Janice doing this? Because they are not only going to let her keep her hairy vag but they are going to give her the chance to grow a penis as well. Well penises. Yes, Janice Wolk Grenadier will have 6 penises all over her body including one over her vagina. The other 5 will be as so: one in the palm of each hand, one on the bootom of each foot and one right where a tramp stamp would be on her back. That way when Janice Wolk Grenadier dies, she can go to Allah's heaven and have her 72 virgins. These 72 virgins will be a mix of males and females that she can rape with all of

her penises and then the next morning at sun up they become virgins again. We have figured it out that the fetal body of little Joshua that Janice keeps in the basement of her home is going to be the vessel for the Dark Lord Satan himself to resurrect in a human body to carry out the apocolypse. That way, Janie Wolk Grenadier is guaranteed her 6 penises.

Proof she supports the Anti Christ is in her letters she has posted and her other posts of Hillary's and Obama's support defending both on everything Loretta Lax Miller fought against including the ObamaCare and Islamic Terrorism which Obama and Hillary support. Janice is for the destruction of the Catholic Church's values of having Nuns despense birthcontroll pills. Janice supports this by supporting Hillary Rodham Clinton and Barack Husein Obama. Everything Obama stands for is to destroy American Family Values and Janice has no values and worships Satan.

We at Muggy Cat take the religious stand that Janice is the Anti Christ and does not beleive in God and the wonders God has done on this Earth. Maybe Janice should move to sin city Las Vegas and sell her soul as well as her fugly body on the strip since she is whoring for Satan.

_____ End of one entry of Blog

**That since 2007** Janice to her face from Judges or representatives of the Judges have said to Janice "You cannot win this we LOVE Ilona", (Chief Judge Donald Haddock) (Ilona Grenadier Heckman founding partner of Grenadier, Anderson, Starace, Duffet & Keisler PC is who Judge Haddock "LOVES") "Me and My family cannot get a fair trial either, you cannot win this you are no longer one of them" (x-wife of Judge Donald Kent best friend to Judge Donald Haddock) The reason for the Discrimination against Janice is to cover up a criminal spree by Lawyer Ilona Ely Freedman Grenadier Heckman, David Mark Grenadier and Erika Grenadier that started in or around November of 1983 and continues through today. Ilona an attorney has been lying in court, lying in court documents, theft of funds through her law firm the Sonia Grenadier Trust, Janice and her girls, bullying and threatening Janice, involved in forgery, hate of Catholics / Christians, gang like activity mirror imaging the Klu Klux Klan, Not once has Janice had a Judge with Jurisdiction, had discovery allowed or had fairness in the courtroom, a pattern and practice of a Judiciary that includes the Supreme Court of Virginia, Circuit and General Court Judges along with tampering with the Grand Jury by Commonwealth Attorney Randy Sengel and now Bryan Porter of the City of Alexandria. Janice Wolk Grenadier in Virginia has been discriminated for – religious / social / economic / hierarchy by the State of Virginia, the United States of America and the City of Alexandria to protect one of their own.

**That the Eastern District of New York** has the unique situation of a <u>Sitting Grand Jury that on two (2) occasions</u> and other occasions Janice Wolk Grenadier and others have tried to present to the Grand Jury the above information and been denied access. That instead was forced to leave the information to never be given the opportunity to present and ask for a Special Grand Jury to look into the criminal acts and actions against Janice and others.

**The American People are given "HOPE":** That on January 20, 2017 Donald J. Trump was sworn in as the 45th President of the United States of America. While running for office and in his speech he made it clear to all Americans that he was going to be working for the American People. Keeping the American People safe from Terror attacks.

That on that day and in days to follow it would make common sense that as President Trump he would learn much about other countries and what Executive Orders past presidents did ie: Barack Obama, Jimmy Carter et al. After looking at the intelligence that was shared with him it is apparent to any level headed person that he made decisions on how to keep America and Americans safe from terror. One of his promises was to review and to change the way we vet immigrants. That the Executive Order that was signed on or around January 27, 2017 it is clear it was to keep his promise to the American People and to the World that America was not going to sit idly by and let anyone onto its soil without a vetting policy that would prevent new terrorist attacks.

Further the Judiciary, the Government and our Elected Officials policies themselves, that it appears by the suits the Muslim and other communities feel they should be treated "special". The United States of America has created a smoke and mirrors of Immunity that they have tried to force on the American people, to believe that they are above the law and cannot be held responsible for their actions in the courtroom or life. This is untrue. That the immunity is lost for actions that are for personal gain, that are willful acts that are and were malicious, violent, oppressive, fraudulent, wanton and grossly reckless. That Discrimination is color blind that there is discrimination for social, economic and hierarchy that exists in the Judicial

Community to protect one or many of their own. That the appearance of these acts and actions is in conflict with the rights of the President of the United States of America in his extra ordinary position and power needed to protect the citizens of the United States of America.

Our United States Constitution and State Constitutions calls for Freedoms we should always fight for. With these freedoms comes much responsibility. That in 1983 Georgetown University Law Center asked "Are Foreign Nationals Entitled to the Same Rights as Citizens?" by David Cole, stating:

> Finally, some warn that extending substantially equal rights to foreign nationals will dilute the value of United States citizenship, and thereby create fewer incentives for immigrants to become naturalized citizens.[77] Citizenship would undoubtedly be more attractive if basic protections against government intrusions on privacy, equality, liberty, and life were available exclusively or in more generous measure to citizens. But devaluing human beings' basic rights is an illegitimate means toward that end. As

America was and hopefully one day will be the land of the Free and the Home of the Brave, but, today it's own citizens do not have the rights that others coming into this country want. That this needs to be taken into consideration that Lawyers are jumping on this food truck to line their pockets demanding or asking others to pay their fees while ignoring those here in the homeland who can not get representation. Would so many lawyers be there if their fees would not be paid by donations or asking the Federal Government to pay them. I am getting e-mail after e-mail about donating to lawyers who would not help me, but, expect me to pay them to help someone who is not an American Citizen?

This Intervene should be accepted by this court or as *"Pro se plaintiffs are often unfamiliar with the formalities of pleading requirements. Recognizing this, the Supreme Court has instructed the district courts to construe pro se complaints liberally and to apply a more flexible standard in determining the sufficiency of a pro se complaint than they would in reviewing a pleading submitted by counsel. See e.g.,* **Hughes v. Rowe**, 449 U.S. 5, 9-10, 101 S.Ct. 173, 175-76, 66 L.Ed.2d 163 (1980) (per curiam); **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972) (per curiam); see also **Elliott v.**

Bronson, 872 F.2d 20, 21 (2d Cir.1989) (per curiam). *In order to justify the dismissal of a pro se complaint, it must be " 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' "* Haines v. Kerner, 404 U.S. at 521, 92 S.Ct. at 594 (quoting **Conley v. Gibson**, 355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957)).

This Intervene / Affidavit is done under penalty and perjury
February 2, 2017
Respectfully Submitted,

Janice Wolk Grenadier
Pro Se
15 West Spring Street
Alexandria, VA  22301
202-368-7178
JWGvBias@gmail.com

**CERTIFICATION:** I declare under penalty of perjury that: (1) No attorney has prepared, or assisted in the preparation of this document. __Janice Wolk Grenadier_____Name of Pro Se Party (Print or Type) _____ Signature of Pro Se Party
Executed on: ___February 2, 2017 _____ (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on or around February 3, 2017, I electronically (e-mailed) or through USPS a copy of this Interven to all known parties as listed in the docket.

Janice Wolk Grenadier
February 2, 2017