

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HAMEED KHALID DARWEESH, et al

        Civil Action No. 1:17-cv-000480 (CBA)

Petitioners, ,

V.

DONALD J. TRUMP - President of the
United States, et a
    Respondents



RAQUEL OKYAY MOTION TO INTERVENE IN SUPPORT OF
PRESIDENT DONALD J. TRUMP et al

Comes Now RAQUEL OKYAY respectfully moves to intervene in support of the Executive Order by the President of the United States of America Under Rule 24 of the Federal Rules of Civil Procedure.

RAQUEL OKYAY and others in violation of Federal and Constitutional rights under Title 42 U.S Code §1981 & 1983, Title 18 U.S. Code § 241 & 242 and under the Bill of Rights the Four Basic Freedoms are being Violated (which were granted US citizens when we did not sign onto the Human Rights agreement used throughout the World):

    1. **Freedom of speech**  2. **Freedom of worship**  3. **Freedom from want**
                          4. **Freedom from fear**

**The American People are given "HOPE":** That on January 20, 2017 Donald J. Trump was sworn in as the 45th President of the United States of America. While running for office and in his speech he made it clear to all Americans that he was going to be working for the American People. Keeping the American People safe from Terror attacks.

That on that day and in days to follow it would make common sense that as President Trump he would learn much about other countries and what Executive Orders past presidents did i.e.: Barack Obama, Jimmy Carter et al. After looking at the intelligence that was shared with him it is apparent to any level headed person that he made decisions on how to keep America and Americans safe from terror. One of his promises was to review and to change the way we vet immigrants. That the Executive Order that was signed on or around January 27, 2017 it is clear it was to keep his promise to the American People and to the World that America was not going to sit idly by and let anyone onto its soil without a vetting policy that would prevent new terrorist attacks.

Further the Judiciary, the Government and our Elected Officials policies themselves, that it appears by the suits the Muslim and other communities feel they should be treated "special". The United States of America has created a smoke and mirrors of Immunity that they have tried to force on the American people, to believe that they are above the law and cannot be held responsible for their actions in the courtroom or life. This is untrue. That the immunity is lost for actions that are for personal gain, that are willful acts that are and were malicious, violent, oppressive, fraudulent, wanton and grossly reckless. That Discrimination is color blind that there is discrimination for social, economic and hierarchy that exists in the Judicial Community to protect one r many of their own. That the appearance of these suits is in conflict with the rights of the President of the United States of America in his extra ordinary position and power needed to protect the citizens of the United States of America.

Our United States Constitution and State Constitutions calls for Freedoms we should always fight for. With these freedoms comes much responsibility. That in 1983 Georgetown University Law Center asked "Are Foreign Nationals Entitled to the Same Rights as Citizens?" by David Cole, stating:

> Finally, some warn that extending substantially equal rights to foreign nationals will dilute the value of United States citizenship, and thereby create fewer incentives for immigrants to become naturalized citizens.[77] Citizenship would undoubtedly be more attractive if basic protections against government intrusions on privacy, equality, liberty, and life were available exclusively or in more generous measure to citizens. But devaluing human beings' basic rights is an illegitimate means toward that end. As

America was and hopefully one day will be the land of the Free and the Home of the Brave, but, today it's own citizens do not have the rights that others coming into this country want. That this needs to be taken into consideration that Lawyers are jumping on this "food truck" to line their pockets demanding or asking others to pay their fees while ignoring those here in the homeland who can not get representation. Would so many lawyers be there if their fees would not be paid by donations or asking the Federal Government to pay them?

This Intervene should be accepted by this court or as *"Pro se plaintiffs are often unfamiliar with the formalities of pleading requirements. Recognizing this, the Supreme Court has instructed the district courts to construe pro se complaints liberally and to apply a more flexible standard in determining the sufficiency of a pro se complaint than they would in reviewing a pleading submitted by counsel. See e.g.,* **Hughes v. Rowe**, *449 U.S. 5, 9-10, 101 S.Ct. 173, 175-76, 66 L.Ed.2d 163 (1980) (per curiam);* **Haines v. Kerner**, *404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972) (per curiam); see also* **Elliott v. Bronson**, *872 F.2d 20, 21 (2d Cir.1989) (per curiam).* **In order to justify the dismissal of a pro se complaint, it must be " 'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' "** **Haines v. Kerner**, *404 U.S. at 521, 92 S.Ct. at 594 (quoting* **Conley v. Gibson**, *355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957)).*

This Intervene / Affidavit is done under penalty and perjury

February 2, 2017

Respectfully Submitted,

*[signature]*

RAQUEL OKYAY
℅ Pre Se America
15 W Spring Street
Alexandria, VA 22301
Pro Se

**CERTIFICATION:** I declare under penalty of perjury that: (1) No attorney has prepared, or assisted in the preparation of this document. __RAQUEL OKYAY_____ Name of Pro Se Party (Print or Type)
_____*[signature]*_____ Signature of Pro Se Party Executed on:
___February 2, 2017 _____ (Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on or around February 3, 2017, I electronically (e-mailed) or through USPS a copy of this Interven to all known parties as listed in the docket.

*[signature]*

RAQUEL OKYAY
February 2, 2017