UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
HAMEED KHALID DARWEESH, et al., :
:
                Petitioners, :
                 : Civil Action No.
    v. : CV-17-480
:
DONALD TRUMP, President of the United States, : (Amon, J.)
et al., :
:
                Respondents. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RESPONDENTS' NOTICE OF MOTION

      NOTICE IS HEREBY GIVEN that on February 10, 2017, Respondents will and hereby do move this Honorable Court to dismiss Petitioners' pleading under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Respondents will also and hereby do brief their opposition to Petitioners' motion for a preliminary injunction under Rule 65(a).  The grounds for this motion are set forth more fully in the attached supporting brief.

| | |
|---|---|
| Dated: February 10, 2017 | Respectfully submitted, |
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division | *s/ Steven A. Platt*<br>STEVEN A. PLATT<br>Trial Attorney<br>District Court Section |
| WILLIAM C. PEACHEY<br>Director | Office of Immigration Litigation<br>U.S. Department of Justice – Civil Division<br>P.O. Box 868, Ben Franklin Station |
| GISELA A. WESTWATER<br>Assistant Director | Washington, DC  20044<br>Telephone:  (202) 532-4074<br>Fax:  (202) 305-7000 |
| EREZ REUVENI<br>Senior Litigation Counsel | E-mail:  steven.a.platt@usdoj.gov |
| SAMUEL P. GO<br>Senior Litigation Counsel | *Counsel for Respondents* |