# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEED KHALID DARWEESH, et al., <br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br> Defendants. | Civil Case No. <br> 17-CV-00480 (AMD) |

TODD A. HOFFMAN DECLARATION

In accordance with the provisions of 28 U.S.C. § 1746, I, Todd A. Hoffman, declare the following to be true and correct:

1. I am the Executive Director of Admissibility and Passenger Programs ("APP"), within the Office of Field Operations, U.S. Customs and Border Protection ("CBP"), an agency within the Department of Homeland Security ("DHS"). I make this declaration based on my own personal knowledge and information provided to me in the course of my official duties.

2. As Executive Director of Admissibility and Passenger Programs, I am responsible for overseeing and coordinating all CBP programs related to the admission and processing of international visitors and travelers to the United States.

3. I am familiar with the President's Executive Order 13769, "Protecting the Nation from Foreign Terrorist Entry into the United States" issued on January 27, 2017 ("Executive Order").

4. I, as well as others on my staff who work under my supervision, have reviewed CBP data and other information related to the inspection and processing of international visitors to the United States who arrived and applied for admission at United States ports of entry, and at CBP preclearance locations, after the signing of the Executive Order on January 27, 2017.

5. As of 5:00 PM on Tuesday, February 7, 2017, CBP records reflect that CBP is not currently detaining, on the basis of the Executive Order, any individual who arrived and applied for admission at a United States port of entry, or at a CBP preclearance location.

6. As of 5:00 PM on Tuesday, February 7, 2017, CBP records reflect that CBP has not placed in removal proceedings or otherwise removed from the United States, on the basis of the Executive Order, any individual who arrived and applied for admission at a United States port of entry, or at a CBP preclearance location.

7. The above representations do not include individuals who voluntarily withdrew their applications for admission to the United States, individuals placed in removal proceedings or otherwise detained for reasons unrelated to the Executive Order, or individuals who may not have been permitted by an air carrier (acting with or without a recommendation from CBP) to board an aircraft because their visas were revoked.

I declare under penalty of perjury that the matters and facts set forth in this Declaration fall within my official purview and, based on my personal knowledge, information and belief, are true and correct.

Executed on _February 8, 2017_ at _Washington, DC_

          (Date)           (City/State)

Signature: _[signed]_

Todd A. Hoffman