UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HAMEED KHALID DARWEESH and HAIDER
SAMEER ABDULKHALEQ ALSHAWI, on
behalf of themselves and others similarly situated,

                    Petitioners,

and

PEOPLE OF THE STATE OF NEW YORK, by
ERIC T. SCHNEIDERMAN, ATTORNEY
GENERAL OF THE STATE OF NEW YORK,
                    Intervenor-Plaintiff,

      -against-

DONALD J. TRUMP, U.S. DEPARTMENT OF
HOMELAND SECURITY, U.S. CUSTOMS
AND BORDER PROTECTION, JOHN KELLY,
KEVIN K. MCALEENAN, and JAMES T.
MADDEN,
                    Respondents.
------------------------------------------------------------x

**ORDER**
17-CV-480 (CBA)

**AMON, United States District Judge:**

      This matter came before the Court upon the New York State Attorney General's Motion to Intervene in the Combined Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. Having read and considered all memoranda of law, and respondents having filed no opposition to this Motion, the Court finds that the New York State Attorney General is entitled to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a)(2). Therefore, IT IS HEREBY ORDERED that:

1. The New York State Attorney General's Motion to Intervene is GRANTED, and the movant shall be made an Intervenor-Plaintiff in this action.

2. The Proposed Complaint in Intervention attached to the Motion shall stand as the Complaint in Intervention of the New York State Attorney General in this action.

SO ORDERED.

Dated: February 10, 2017
Brooklyn, New York

/s/ Carol Bagley Amon

Carol Bagley Amon
United States District Judge