AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

<table>
<tr><td align="center">Darweesh et al.</td><td>)</td><td></td></tr>
<tr><td align="center"><em>Plaintiff</em></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Case No.   17-cv-00480</td></tr>
<tr><td align="center">Trump et al.</td><td>)</td><td></td></tr>
<tr><td align="center"><em>Defendant</em></td><td>)</td><td></td></tr>
</table>

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici universities                                                                                              .

Date:      02/13/2017

/s/Katya Jestin

*Attorney's signature*

Katya Jestin KJ6047

*Printed name and bar number*

919 Third Avenue
New York, NY 10022-3098

*Address*

kjestin@jenner.com

*E-mail address*

(212) 891-1685

*Telephone number*

(212) 891-1699

*FAX number*

# Attachment A
## Rider

- Brown University
- Carnegie Mellon University
- University of Chicago
- Columbia University
- Cornell University
- Dartmouth College
- Duke University
- Emory University
- Harvard University
- Johns Hopkins University
- Massachusetts Institute of Technology
- Northwestern University
- University of Pennsylvania
- Princeton University
- Stanford University
- Vanderbilt University
- Yale University

*Amici*