# EXHIBIT B

## DECLARATION OF BRYAN GIBLIN

I, Bryan Giblin, hereby declare under penalty of perjury:

1. I am employed by the United States Department of State as an Attorney Advisor in the Legal Affairs, Advisory Opinions Division of the Visa Office, Bureau of Consular Affairs. In that capacity, I am authorized to search the electronic Consular Consolidated Database of the U.S. Department of State, Bureau of Consular Affairs, for replicated records of non-immigrant visas adjudicated at U.S. embassies and consular posts overseas. I am also familiar with non-immigrant visa processing procedures.

2. The Consular Consolidated Database ("CCD") contains replicated electronic data recording visa applications, visa interviews, and visas issued and refused at U.S. diplomatic and consular posts worldwide.

3. The CCD reflects that on January 8, 2017, Ramez Snober (DOB: ▮), Daniah Al Ghorani (▮), H▮ S▮ (▮) and Z▮ S▮ (▮), applied for non-immigrant visas at the United States Embassy in Riyadh, Saudi Arabia. After a personal interview in the Embassy's consular section, all four applicants were found to be eligible for B-1/B-2 non-immigrant visas. Those visas were issued on January 9, 2017, and were valid for multiple entries into the United States until January 4, 2019.

4. The CCD further reflects that on February 7, 2017, the four individuals identified in Paragraph 3 above again applied for non-immigrant visas at the United States Embassy in Riyadh, Saudi Arabia. After a personal interview at the Embassy's consular section, all four applicants were found to be eligible for B-1/B-2 visas. Those visas were issued on February 8, 2017, and are valid for multiple entries into the United States until February 6, 2019.

5. The CCD further reflects that prior to issuing the visas on February 8, 2017, the consular officer noted that the applicants' prior B-1/B-2 visas (issued on January 9, 2017) had been cancelled without prejudice by Customs and Border Protection (CBP) pursuant to Executive Order 13769. The consular officer determined that the cancellation of the applicants' prior visas presented no ground of visa ineligibility.

6. I am aware that upon specific request by CBP consular sections overseas have reached out to named individuals whose visas were canceled by CBP pursuant to E.O. 13769 for the purpose of issuing those individuals transportation letters to facilitate travel.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

WASHINGTON, D.C.
FEBRUARY 16, 2017

_____
BRYAN M. GIBLIN