**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

February 17, 2017

**VIA ECF**

Hon. Carol Bagley Amon
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Darweesh v. Trump, Case No. 1:17-cv-00480-CBA

Dear Judge Amon:

Per our February 16, 2017 letter (D.E. #145), we write to update the Court on two additional organizations as to whom we seek leave to join our submission as *amici*.

- The Jesuit Refugee Service/USA, an organization dedicated to advocacy for the rights of refugees and other forcibly displaced persons.
- Imam Abu Qadir Al-Amin, Imam of the San Francisco Muslim Community Center.

The addition of these parties does not change the substance of the brief, entitled, *Brief of Interfaith Amici Curiae in Support of Plaintiffs' Motion to Dismiss Based on the Plain Language of the Executive Order*.

Pursuant to Federal Rule of Civil Procedure 7.1, corporate *amici curiae* state that they do not have parent corporations and that no publicly held corporation owns 10 percent or more of any stake or stock in *amici curiae*.

We thank the Court for its consideration.

Sincerely,

/s/ Robert Fram

Robert Fram

cc:   All counsel of record (via ECF)