☐ ORIGINAL

2-25-2017

Clerk's Office

Please find enclosed a motion and proposed Amicus brief for the named pending case.

Not holding a bar membership with this court and proceeding *pro se*, I am not able to access ECF filing so I file this in paper form.

Victor Williams,
Appearing *Pro Se*

America First Lawyers Association
www.americafirstlawyers.com
5209 Baltimore Ave,
Bethesda, MD 20816
(301) 951-9045 americanfirstlawyers@gmail.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 27 2017 ★
BROOKLYN OFFICE