

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
District Court Section

*P.O. Box 868, Ben Franklin Station*
*Washington, D.C. 20044*

Via ECF

March 13, 2017

The Hon. Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted.*

*So Ordered*

/s/ CBA

Re: *Darweesh, et al. v. Trump, et al.*, 17-CV-480 (CBA)

Dear Judge Amon,

The parties promised the Court that within seven days after the President issued a new Executive Order, they would file a jointly proposed briefing schedule. (ECF No. 169). The President signed the new Executive Order on March 6, 2017, making the proposed briefing schedule due March 13.

After conferring, the parties believe that they may be able to resolve this case without further litigation. Therefore, they respectfully request that the Court stay this case for fourteen days, until March 27, 2017. At that time, the parties propose filing a status report suggesting how to proceed.

Respectfully submitted,

/s/ Lee Gelernt
American Civil Liberties Union
*Counsel for Petitioners*

/s/ Steven A. Platt
Steven A. Platt
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
*Counsel for Respondents*