

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
District Court Section

---

*P.O. Box 868, Ben Franklin Station*
*Washington, D.C. 20044*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2017 ★
BROOKLYN OFFICE

Via ECF

March 27, 2017

The Hon. Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted.
So Ordered.*

s/Carol Bagley Amon

3/27/17

Re: *Darweesh, et al. v. Trump, et al.*, 17-CV-480 (CBA)

Dear Judge Amon,

The parties previously informed the Court that they are discussing settlement options (ECF No. 190). The Court thus stayed the case until March 27, 2017 (ECF No. 191).

Since then, the parties have held further discussions and continue to believe that a settlement may be possible. Under Local Rule 7.1(d), the parties respectfully request that the Court stay this case for an additional twenty-one days, until April 17, 2017. At that time, the parties would file another status report suggesting how to proceed.

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union
*Counsel for Petitioners*

/s/ Steven A. Platt
Steven A. Platt
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
*Counsel for Respondents*