

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

---



P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

Via ECF

April 17, 2017

*Application granted.*

*So Ordered*

The Hon. Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

s/Carol Bagley Amon

Re: *Darweesh, et al. v. Trump, et al.*, 17-CV-480 (CBA)

4/17/17

Dear Judge Amon,

The parties previously informed the Court that they are discussing settlement options (ECF No. 194). The Court thus stayed the case until April 17, 2017 (ECF No. 195).

Since then, the parties have held further discussions and have begun exchanging draft settlement agreements. The parties continue to believe that a settlement may be possible. Under Local Rule 7.1(d), the parties therefore respectfully request that the Court stay this case for an additional fourteen days, until May 1, 2017. At that time, the parties would file another status report suggesting how to proceed.

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union
*Counsel for Petitioners*

/s/ Steven A. Platt
Steven A. Platt
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
*Counsel for Respondents*