# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

May 1, 2017

<u>Via ECF</u>

Honorable Carol Bagley Amon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Darweesh, et al. v. Trump, et al., 17-CV-480 (CBA)*

Dear Judge Amon,

The parties previously informed the Court that settlement negotiations were in progress and that they were exchanging draft settlement agreements. ECF No. 196. The Court stayed this case until May 1, 2017 in order to allow those negotiations to continue. ECF No. 197. After further discussion, the parties have not been able to resolve the case. In light of these developments, Plaintiffs respectfully request the scheduling of a status conference in order to seek the assistance of the Court or a Magistrate Judge in resolving the parties' differences or, if a resolution is not feasible, to determine how to proceed with the litigation.

Respectfully submitted,

<u>/s/ Michael J. Wishnie</u>
Attorney Michael J. Wishnie (MW1952)
Attorney Muneer I. Ahmad*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, Connecticut 06520
Telephone: (203) 432-4800
e-mail: muneer.ahmad@ylsclinics.org

* Pro hac vice

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2017 a copy of the foregoing letter was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Muneer I. Ahmad
Attorney Muneer I. Ahmad*
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, Connecticut 06520
Telephone: (203) 432-4800
e-mail: muneer.ahmad@ylsclinics.org

* Pro hac vice
