

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
District Court Section

---

*P.O. Box 868, Ben Franklin Station*
*Washington, D.C. 20044*

<u>Via ECF</u>

September 1, 2017

The Hon. Lois Bloom
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Darweesh, et al. v. Trump, et al.*, 17-CV-480 (CBA-LB)

Dear Judge Bloom,

  As discussed during yesterday's hearing, attached please find a copy of the settlement agreement reached between the parties.

Respectfully submitted,


/s/ Steven A. Platt
Steven A. Platt
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

Gisela A. Westwater
Assistant Director

Samuel P. Go
Senior Litigation Counsel

Joshua S. Press
Trial Attorney

*Counsel for Respondents*