UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2017 ★
BROOKLYN OFFICE

| | |
|---|---|
| HAMEED KHALID DARWEESH and HAIDER SAMEER ABDULKHALEQ ALSHAWI, on behalf of themselves and others similarly situated,<br><br>*Petitioners,*<br><br>v.<br><br>DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,<br><br>*Respondents.* | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>CASE NO. 1:17-cv-00480 (CBA) |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Respondents Donald Trump, President of the United States; U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); John Kelly, Secretary of DHS; Kevin K. McAleenan, Acting Commissioner of CBP; and James T. Madden, New York Field Director, CBP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs, and the Court shall not retain jurisdiction to enforce the terms of the Settlement Agreement entered into in this case, ECF No. 218-1, except as described therein.

| | |
|---|---|
| /s/ Muneer I. Ahmad<br>Muneer I. Ahmad<br>Jerome N. Frank Legal Services Organization<br>P.O. Box 209090<br>New Haven, CT 06511<br>Tel. (203) 432-4716<br><br>*Counsel for Petitioners* | /s/ Steven A. Platt<br>Steven A. Platt<br>U.S. Department of Justice, Civil Litigation<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 532-4074<br><br>*Counsel for Respondents* |

Dated: September 20, 2017

*So Ordered*

/s/ Carol Bagley Amon
USDJ

9/21/17